UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFERY C. GREEN,

    Plaintiff,

v.                                            Case No. 1:24-cv-174-MCR-MJF

A JOHNS, et al.,

    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated May 20, 2025, ECF No. 17. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has conducted a *de novo* review of all timely filed objections.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation, ECF No. 17, is adopted and incorporated by reference into this Order.

2. This civil action is **DISMISSED** without prejudice for Plaintiff's failure to comply with a court order.

3. The Clerk of Court is directed to enter judgment accordingly and close this case file.

**DONE and ORDERED** this 24th day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**